Jennifer D. MARSHALL; David C. Marshall, Plaintiffs-Appellants,

v.

ETHICON, INCORPORATED; Johnson & Johnson, Defendants-Appellees,

and

Johnson & Johnson, Inc., Defendant.

No. 16-1631

United States Court of Appeals, Fourth Circuit.

Submitted: November 14, 2016

Decided: November 21, 2016

Tracy W. Houck, Ron Riggle, Houck & Riggle, LLC, Ruston, Louisiana, for Appellants. David B. Thomas, Daniel R. Higginbotham, Thomas Combs & Spann, PLLC, Charleston, West Virginia; Christy Jones, John C. Henegan, Sr., Susana Moore Moldoveanu, Butler Snow LLP, Ridgeland, Mississippi, for Appellees.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jennifer D. and David C. Marshall appeal the district court's orders dismissing this action for failure to effect timely service of process and denying their motion

**776**

for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Marshall v. Ethicon, Inc.</u>, Nos. 2:12-cv-02809, 2:12-md-92327 (S.D.W. Va. Jan. 26 & May 27, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>